<u>**NOT FOR PUBLICATION**</u>

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| ZACH WILSON, | : |
| Plaintiff, | : Civ. No. 08-5849 (GEB) |
| v. | : **ORDER** |
| CAPITAL HEALTH SYSTEMS AT FULD, ET AL., | : |
| Defendant. | : |

<u>**BROWN, Chief Judge**</u>

    This matter comes before the Court upon the request of *pro se* Plaintiff Zach Wilson to reopen this case, which was closed on January 26, 2010, after the Court was informed the case was settled.  (Doc. No. 13.)  Plaintiff having informed the Court in a letter dated February 8, 2010, that this case has not been settled (Doc. No. 14.);

    IT IS THIS 9th day of February, 2010, hereby

    ORDERED that the Clerk of the Court reopen this case.

                                                                /s/ Garrett E. Brown, Jr.
                                                            GARRETT E. BROWN, JR., U.S.D.J.